IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JOHN MULLINS, and THOMAS SUNDERLIN, individually and as representatives of a class of similarly situated persons, and on behalf of the 401(k) Pension Plan,<br>                  *Plaintiffs*,<br>   v.<br>NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION, *et al.*,<br>                  *Defendants*. | 1:25-cv-00994-MSN-IDD |

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss the Class Complaint. ECF 9. Having considered the motion and the arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendants' Motion to Dismiss the Class Complaint (ECF 9) is **DENIED**.

It is **SO ORDERED**.

The Clerk is directed to forward a copy of this Order to counsel of record.

                                                          /s/
                                      Michael S. Nachmanoff
                                      United States District Judge

September 19, 2025
Alexandria, Virginia